

ORDERED in the Southern District of Florida on July 26, 2017.

John K. Olson, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**                              **CASE NO.: 17-13107-JKO**
**MARIA C. SALLE**                                  **CHAPTER: 7**

**Debtor,**
_____/

### ORDER GRANTING APPROVAL OF REAFFIRMATION AGREEMENT, DE 20

THIS MATTER came before the Court on July 25, 2017, upon the Reaffirmation Agreement with Bluegreen Corporation, filed by Bluegreen Corporation, DE 20. Having considered the Agreement, the reasons stated on the record, and being otherwise fully advised in the premises it is;

**ORDERED** as follows:

1.  The Reaffirmation Agreement with Bluegreen Corporation, DE 20, is hereby

APPROVED.

    2.    The presumption of undue hardship is rebutted.

###

Submitted by:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).